SUPPRESSED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>BANTA UNGURU<br>*Defendant* | )<br>)<br>)  4:19CR186 RWS/SPM<br>)<br>)<br>) |

20-5248MJ

2019 FEB 28 PM 1:0[_]
US MARSHALS SERVICE
E/MO ST LOUIS

DOA 8/27/20

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BANTA UNGURU                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1349 - Conspiracy to Commit Mail Fraud and Bank Fraud
18 USC 1344 and 2 - Bank Fraud
18 USC 1029(a)(2), (b)(1), and 2 - Access Device Fraud
18 USC 1028A and 2 - Aggravated Identity Theft

Date:  2/28/2019

*Issuing officer's signature*

City and state:   St. Louis, Missouri                    Gregory Linhares, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                  *Arresting officer's signature*

                                                                  *Printed name and title*

**SUPPRESSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

FEB 28 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| STEFAN UNGURU, GINA UNGURU, BANTA UNGURU, AND MARCU UNGURU, | ) ) ) ) ) ) ) 4:19CR186 RWS/SPM |
| Defendants. | ) |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

(Conspiracy to Commit Bank Fraud)

A.  **Conspiracy**

1.  Beginning on or about March 24, 2018 and continuing to on or about February 13, 2019, in the Eastern District of Missouri and elsewhere, the defendants,

**STEFAN UNGURU,
GINA UNGURU
BANTA UNGURU, AND
MARCU UNGURU,**

and others, known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury, to devise a scheme and artifice to obtain moneys, funds, and assets owned by and under the custody and control of federally insured financial institutions by means of false and fraudulent pretenses and representations, in violation of Title 18, United States Code, Section 1349.

B.   **Ways, Manner, and Means of the Conspiracy**

The ways, manner and means by which the foregoing objective of the conspiracy to commit bank was to be accomplished included, but were not limited to, the following:

1. The primary purpose of the conspiracy was for the defendants to profit from the use of counterfeit and unauthorized debit and credit cards at federally insured financial institutions.

2. It was further part of the conspiracy that defendants **STEFAN UNGURU AND GINA UNGURU** assisted persons unknown to the Grand Jury in obtaining, and using, point of sale terminals and skimming devices to steal account information of customers of federally insured financial institutions.

3. It was further part of the conspiracy that individuals unknown to the Grand Jury produced counterfeit debit and credit cards embedded with the stolen account information of bank customers.

4. It was further part of the conspiracy that defendants **STEFAN UNGURU, MARCU UNGURU, AND BANTA UNGURU** utilized the fraudulently produced debit and credit cards to withdraw funds from automated teller machines located in the Eastern District of Missouri without the approval of the account holders and the federally insured financial institution.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2 THROUGH 5

(Bank Fraud)

### The Federally Insured Financial Institution

1. At all times relevant to the indictment, Regions Bank had assets insured by the Federal Deposit Insurance Corporation.

### The Scheme to Defraud

2. Between on or about March 24, 2018, and continuing to on or about March 26, 2018, within the Eastern District of Missouri and elsewhere, the defendant,

**BANTA UNGURU,**

and others, known and unknown to the Grand Jury, devised a scheme and artifice to obtain moneys, funds, and assets owned by and under the custody and control of a federally insured financial institution by means of false and fraudulent pretenses and representations.

3. The scheme and artifice to defraud was in substance as follows:

   a. It was part of the scheme and artifice to defraud that defendants **STEFAN UNGURU, BANTA UNGURU, AND MARCU UNGURU,** obtained counterfeit debit and credit cards that were embedded with the account information of various individuals.

   b. It was part of the scheme and artifice to defraud that defendants **STEFAN UNGURU, BANTA UNGURU, AND MARCU UNGURU** used the counterfeit debit and credit cards to withdraw funds in the care, custody, and control of Regions Bank through automated teller machines located in the Eastern District of Missouri.

**The Financial Transactions**

4. On or about the dates listed below, in the Eastern District of Missouri, the defendant,

**BANTA UNGURU,**

executed and attempted to execute the scheme and artifice as set forth above, in that, **BANTA UNGURU,** withdrew funds in the amounts listed below using the personal identifying information of Regions Bank account holders knowing that Regions Bank and the account holders did not authorize the financial transactions,

| COUNT | DATE | ACCOUNT HOLDER | AMOUNT |
| --- | --- | --- | --- |
| 2 | March 24, 2018 | G.M.C. | $800.00 |
| 3 | March 24, 2018 | N.S.B. | $800.00 |
| 4 | March 24, 2018 | K.M. | $800.00 |
| 5 | March 25, 2018 | K.M. | $800.00 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

**COUNTS 6 THROUGH 10**

(Bank Fraud)

**The Federally Insured Financial Institution**

1. At all times relevant to the indictment, Regions Bank had assets insured by the Federal Deposit Insurance Corporation.

**The Scheme to Defraud**

2. Between on or about March 24, 2018, and continuing to on or about March 26, 2018, within the Eastern District of Missouri and elsewhere, the defendant,

**STEFAN UNGURU,**

and others, known and unknown to the Grand Jury, devised a scheme and artifice to obtain moneys, funds, and assets owned by and under the custody and control of a federally insured financial institution by means of false and fraudulent pretenses and representations.

3. The scheme and artifice to defraud was in substance as follows:

a. It was part of the scheme and artifice to defraud that defendants **STEFAN UNGURU, BANTA UNGURU, AND MARCU UNGURU**, obtained counterfeit debit and credit cards that were embedded with the account information of various individuals.

b. It was part of the scheme and artifice to defraud that defendants **STEFAN UNGURU, BANTA UNGURU, AND MARCU UNGURU** used the counterfeit debit and credit cards to withdraw funds in the care, custody, and control of Regions Bank through automated teller machines located in the Eastern District of Missouri.

**The Financial Transactions**

5. On or about March 26, 2018, in the Eastern District of Missouri, the defendant,

**STEFAN UNGURU,**

executed and attempted to execute the scheme and artifice as set forth above, in that, **STEFAN UNGURU**, withdrew funds in the amounts listed below using the personal identifying

information of Regions Bank account holders knowing that Regions Bank and the account holders did not authorize the financial transactions,

| COUNT | DATE | ACCOUNT HOLDER | AMOUNT |
|---|---|---|---|
| 6 | March 26, 2018 | G.M.C. | $800.00 |
| 7 | March 26, 2018 | J.L.M. | $800.00 |
| 8 | March 26, 2018 | E.L.A. | $800.00 |
| 9 | March 26, 2018 | D.S.M. | $800.00 |
| 10 | March 26, 2018 | K.K. | $800.00 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS 11 THROUGH 13

(Bank Fraud)

**The Federally Insured Financial Institution**

1. At all times relevant to the indictment, Regions Bank had assets insured by the Federal Deposit Insurance Corporation.

**The Scheme to Defraud**

2. Between on or about March 24, 2018, and continuing to on or about March 26, 2018, within the Eastern District of Missouri and elsewhere, the defendant,

**MARCU UNGURU,**

and others, known and unknown to the Grand Jury, devised a scheme and artifice to obtain moneys, funds, and assets owned by and under the custody and control of a federally insured financial institution by means of false and fraudulent pretenses and representations.

3. The scheme and artifice to defraud was in substance as follows:

a. It was part of the scheme and artifice to defraud that defendants **STEFAN UNGURU, BANTA UNGURU, AND MARCU UNGURU**, obtained counterfeit debit and credit cards that were embedded with the account information of various individuals.

b. It was part of the scheme and artifice to defraud that defendants **STEFAN UNGURU, BANTA UNGURU, AND MARCU UNGURU** used the counterfeit debit and credit cards to withdraw funds in the care, custody, and control of Regions Bank through automated teller machines located in the Eastern District of Missouri.

### The Financial Transactions

4. On or about March 26, 2018, in the Eastern District of Missouri, the defendant,

**MARCU UNGURU,**

executed and attempted to execute the scheme and artifice as set forth above, in that, **MARCU UNGURU**, withdrew funds in the amounts listed below using the personal identifying information of Regions Bank account holders knowing that Regions Bank and the account holders did not authorize the financial transactions,

| COUNT | DATE | ACCOUNT HOLDER | AMOUNT |
| --- | --- | --- | --- |
| 11 | March 26, 2018 | B.A.T. | $300.00 |
| 12 | March 26, 2018 | B.A.T. | $300.00 |
| 13 | March 26, 2018 | R.E. | $400.00 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 14

(Access Device Fraud)

Between on or about March 24, 2018 and March 25, 2018, within the Eastern District of Missouri, the defendant,

**BANTA UNGURU,**

in a matter affecting interstate commerce, did knowingly and with intent to defraud use, and attempt to use, unauthorized access devices, that is: counterfeit and unauthorized debit and credit cards to make automated teller machine withdrawals with an aggregate value exceeding $1,000.00, that being $3,200.00.

In violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1), and 2.

## COUNT 15

(Access Device Fraud)

On or about March 26, 2018, within the Eastern District of Missouri, the defendant,

**STEFAN UNGURU,**

in a matter affecting interstate commerce, did knowingly and with intent to defraud use, and attempt to use, unauthorized access devices, that is: counterfeit and unauthorized debit and credit cards to make automated teller machine withdrawals with an aggregate value exceeding $1,000.00, that being $4,000.00.

In violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1), and 2.

## COUNT 16

(Possession of Device-Making Equipment)

The Grand Jury further charges:

On or about February 13, 2019, in the Eastern District of Missouri, the defendants,

**STEFAN UNGURU
AND
GINA UNGURU,**

being aided, abetted, counseled and induced by one another, and persons unknown to the Grand Jury, in a matter affecting interstate commerce, did knowingly, and with intent to defraud, have custody and control over, and possess, and attempt to possess, device-making equipment, to wit: two Verizon Model MX 915 point of sale terminals which process debit and credit card payments at retail locations by reading electronically encoded information from the debit and credit card.

In violation of Title 18, United States Code, Sections 1029(a)(4), (b)(1), and 2.

## COUNT 17

(Possession of Device-Making Equipment)

The Grand Jury further charges:

On or about February 13, 2019, in the Eastern District of Missouri, the defendants,

**STEFAN UNGURU
AND
GINA UNGURU,**

being aided, abetted, counseled and induced by one another, and persons unknown to the Grand Jury, in a matter affecting interstate commerce, did knowingly, and with intent to defraud, have custody and control over, and possess, and attempt to possess, device-making equipment, to wit:

nine Verizon Model MX 915 point of sale terminals which process debit and credit card payments at retail establishments by reading electronically encoded information from the debit and credit card.

In violation of Title 18, United States Code, Sections 1029(a)(4), (b)(1), and 2.

## COUNT 18

(Possession of Device-Making Equipment)

The Grand Jury further charges:

On or about February 13, 2019, in the Eastern District of Missouri, the defendants,

**STEFAN UNGURU
AND
GINA UNGURU,**

being aided, abetted, counseled and induced by one another, and persons unknown to the Grand Jury, in a matter affecting interstate commerce, did knowingly, and with intent to defraud, have custody and control over, and possess, and attempt to possess, device-making equipment, to wit: two skimming devices attached that were wired to point of sale terminals, thereby permitting the harvesting of account information electronically encoded into debit and credit cards swiped through the point of sale terminals.

In violation of Title 18, United States Code, Sections 1029(a)(4), (b)(1), and 2.

## COUNTS 19 THROUGH 22

(Aggravated Identity Theft)

On or about the dates listed below, in the Eastern District of Missouri, the defendant,

**BANTA UNGURU,**

did knowingly possess, without lawful authority, a means of identification of another person, to wit, the name and account number of the persons listed below, during and in relation to the commission of the felony offenses of: production of, and trafficking in, counterfeit access devices, Title 18, United States Code, Section 1029(a)(1); access device fraud, Title 18, United States Code, Section 1029(a)(2); and, bank fraud, Title 18, United States Code, Section 1344,

| COUNT | DATE | ACCOUNT HOLDER | AMOUNT |
| --- | --- | --- | --- |
| 19 | March 24, 2018 | G.M.C. | $800.00 |
| 20 | March 24, 2018 | N.S.B. | $800.00 |
| 21 | March 24, 2018 | K.M. | $800.00 |
| 22 | March 25, 2018 | K.M. | $800.00 |

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNTS 23 THROUGH 27

(Aggravated Identity Theft)

On or about the dates listed below, in the Eastern District of Missouri, the defendant,

**STEFAN UNGURU,**

did knowingly possess, without lawful authority, a means of identification of another person, to wit, the name and account number of the persons listed below, during and in relation to the commission of the felony offenses of: production of, and trafficking in, counterfeit access

devices, Title 18, United States Code, Section 1029(a)(1); access device fraud, Title 18, United States Code, Section 1029(a)(2); and, bank fraud, Title 18, United States Code, Section 1344,

| 23 | March 26, 2018 | G.M.C. | $800.00 |
| 24 | March 26, 2018 | J.L.M. | $800.00 |
| 25 | March 26, 2018 | E.L.A. | $800.00 |
| 26 | March 26, 2018 | D.S.M. | $800.00 |
| 27 | March 26, 2018 | K.K. | $800.00 |

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNTS 28 THROUGH 29

(Aggravated Identity Theft)

On or about the dates listed below, in the Eastern District of Missouri, the defendant,

**MARCU UNGURU,**

did knowingly possess, without lawful authority, a means of identification of another person, to wit, the name and account number of the persons listed below, during and in relation to the commission of the felony offenses of: production of, and trafficking in, counterfeit access devices, Title 18, United States Code, Section 1029(a)(1); access device fraud, Title 18, United States Code, Section 1029(a)(2); and, bank fraud, Title 18, United States Code, Section 1344,

| 28 | March 26, 2018 | B.A.T. | $600.00 |
| 29 | March 26, 2018 | R.E. | $400.00 |

All in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 30

(Aggravated Identity Theft)

On or about February 13, 2019, in the Eastern District of Missouri, the defendants,

**STEFAN UNGURU
AND
GINA UNGURU,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the name of F.B., during and in relation to the commission of the felony offense of possession of device-making equipment, Title 18, United States Code, Section 1029(a)(4).

In violation of Title 18, United States Code, Sections 1028A and 2.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 982(a)(2), upon conviction of an offense in violation of Title 18, United States Code, Section 1344 and 1349 as set forth in Counts 1 through 13, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to such violations.

3. Pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), upon conviction of an offense in violation of Title 18, United States Code, Section 1029 as set forth in Counts 14 through 18 of the Indictment, the defendants shall forfeit

to the United States of America any property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as the result of such violation, and any personal property used or intended to be used to commit the offense.

2. Subject to forfeiture is a sum of money equal to the total value of any property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as the result of such violation.

3. Specific property subject to forfeiture includes, but is not limited to:

a. $2,315.00 in U.S. currency; and

b. Five- $1,000.00 United States Postal Money Orders.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

                                        A TRUE BILL.


                                        _____
                                        FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
TRACY BERRY, #014753 TN
Assistant United States Attorney